**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-1156**

—————

In Re:  DANIEL JOHNSON WILLIS,

Petitioner.

—————

On Petition for Writ of Mandamus.  (CA-02-143-4-H)

—————

Submitted:  March 20, 2003          Decided:  March 27, 2003

—————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Petition denied by unpublished per curiam opinion.

—————

Daniel Johnson Willis, Petitioner Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Johnson Willis petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for default judgment filed in his action alleging false imprisonment by the United States Marshals Service. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED